IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    vs.                                                    CASE NO: 3:99CR00006-001(JAF)

MANUEL LOPEZ-DE LA CRUZ

* * * * * * * * * * * * * * * * * * * * * * *

### SUPPLEMENT TO MOTION FILED ON MARCH 6, 2001
### AND REQUEST FOR AN ORDER TO SHOW CAUSE HEARING

TO THE HONORABLE JOSE A. FUSTE
CHIEF U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW, JOSE A. SOTO, SUPERVISING U.S. PROBATION OFFICER** of this Court, and respectfully informs and prays as follows:

    1. That on March 6, 2001, a Motion Notifying Violation of the Supervised Release Term and Request For An Order to Show Cause Hearing was filed. On March 9, 2001, the Court issued the arrest warrant for the offender's arrest, but the same was held in abeyance since the offender was deported to his native country on March 6, 2001.

    2. That on February 20, 2007, the offender was arrested and is currently housed at the Metropolitan Detention Center (MDC) Guaynabo. He is currently pending new criminal proceedings in the District of Puerto Rico.

    **WHEREFORE**, it is respectfully requested that the Court schedule a revocation hearing and Order the Warden of the Metropolitan Detention Center (MDC) Guaynabo to

produce the inmate before this Honorable Court. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 2nd day of May 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/José A. Soto
Supervising U.S. Probation Officer
150 Ave. Carlos Chardón , Room 400
San Juan, P.R. 00918-1741
(787) 766-5818
Fax: (787) 766-5945
jose_soto@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on **May 2nd, 2007,** I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney Rosa Emilia Rodríguez-Vélez, Esq. and Federal Public Defender Joseph Laws, Esq.

**At San Juan, Puerto Rico, May 2nd, 2007.**

s/José A. Soto
Supervising U.S. Probation Officer