AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,                                **APPEARANCE**

v.                                                                             CRIMINAL NUMBER: 99-006(JAF)

MANUEL LOPEZ-DE LA CRUZ


To the Clerk of this court and all parties of record:

Enter my appearance as COUNSEL in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Jose Ruiz-Santiago be terminated.


May 30, 2007                                          s/ *Evelyn Canals*
*Date*                                                        *Signature*

                                                              EVELYN CANALS, AUSA
                                                              *Print Name*

                                                              Room 1201, Torre Chardon,
                                                              350 Carlos Chardon Street
                                                              San Juan, Puerto Rico 00918
                                                              *Address*

                                                              (787) 766-5656
                                                              Phone Number
                                                              evelyn.canals@usdoj.gov
                                                              E-mail Address

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date May 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

s/ *Evelyn Canals*
Evelyn Canals - 207107
Assistant U.S. Attorney
Torre Chardón, Room 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
Tel. (787) 766-5656
e-mail: evelyn.canals@usdoj.gov