# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

BEFORE THE HONORABLE JOSE A. FUSTE

| | |
|---|---|
| COURTROOM DEPUTY: Gladys Romañach | **DATE:** May 31, 2007 |
| COURT REPORTER: Yvette Richardson | **CR NO:** 99-006 (JAF) |
| COURT INTERPRETER: Tom Kavelin | **Probation Officer:** Martin de Santiago |

================================================================

**ATTORNEYS:**

| | |
|---|---|
| UNITED STATES OF AMERICA | Lynn Doble |
| | Carlos Roldan |
| vs. | |
| 1- MANUEL LOPEZ DE LA CRUZ | Victor Gonzalez-Bothwell |

================================================================

**CASE CALLED FOR REVOCATION HEARING.**

The defendant is present in court. He is __X__ under custody _____ on bond. The defendant has no evidence to rebut the evidence presented by the U.S. Probation Officer.

The term of supervised release imposed on January 12, 1999 is hereby revoked.

IT IS THE JUDGMENT OF THE COURT as to violation(s) <u>of the conditions of imposed supervised release term - re-entry after deportation.</u>

Probation term: ___n/a___

Imprisonment term for a total of __Ten (10) months__

Supervised release for a total term of _____

Fine: __n/a__   Special monetary assessment: __n/a__

Restitution: _____n/a_____

Crim. 99-006 (JAF)
May 31, 2007

==================================================================

Forfeiture:      n/a

All terms and conditions are specified in the judgment form.

The defendant is advised of his right to appeal, etc.

  X   Defendant is remanded to the custody of the U.S. Bureau of Prisons.

                                          *s/ Gladys Romañach*
                                          Gladys Romañach
                                          Courtroom Deputy Clerk