# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Vs. | 99-CR-006-01 (JAF) |
| LOPEZ-DE LA CRUZ, Manuel | |

## ORDER

By the Order of the Honorable José A. Fusté, Chief United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this June 19, 2007.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Felix Toledo
Interpreter/Deputy Clerk

### ACKNOWLEDGMENT:

I hereby acknowledge receipt of the pre-sentence investigation report

on 06-19-07

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____